## Commonwealth *v.* Suber, Appellant.

Submitted December 6, 1974. *Paul Messing* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Neil Kitrosser, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Trout.

Argued March 10, 1975. *D. Reed Anderson*, First Assistant District Attorney, with him *David B. Schaumann*, Assistant District Attorney, and *Donald L. Reihart*, District Attorney, for Commonwealth, appellant; *Gary L. Snyder*, with him *Victor Dell'Alba*, for appellee.

Order affirmed.